**Rezen D. AUSTIN, Plaintiff-Appellant,**

v.

**BERRY BROTHERS OIL FIELD SERV-ICE, INC., et al., Defendants-Appellees.**

No. 71-1503

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 1, 1971.

William P. Rutledge, Domengeaux, Wright & Bienvenu, Lafayette, La., for plaintiff-appellant.

1. *See* NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

Philip E. Henderson, Houma, La., Harold J. Rhodes, Berwick, La., O'Neal, Henderson, Hanemann & Morris, Houma, La., for defendants-appellees.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]